# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

134998

LAETHEM EQUIPMENT COMPANY,
LAETHEM FARM SERVICE COMPANY,
and CANUSA EQUIPMENT COMPANY,
          Plaintiffs/Counter-
          Defendants-Appellees,
v

J & D IMPLEMENT, INC.,
          Defendant/Counter-Plaintiff/
          Third-Party Plaintiff-Appellant,
and

FRANCIS M. LAETHEM LIVING TRUST,
KATHRYN M. LAETHEM, TRUSTEE, and
LAETHEM LAND COMPANY, L.L.C.,
          Third-Party Defendants.

_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 134998
COA: 266648
Tuscola CC: 05-022863-CK

On order of the Court, the application for leave to appeal the July 19, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court prior to the completion of the proceedings ordered by the Court of Appeals.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008

_____
Clerk

0211